LAWRENCE J. GORNICK (SBN 136290)
EMILY CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN KENYON AND HARLON KENYON,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendants. | CASE NO. C 05 5268 MJJ<br><br>**STIPULATION TO AMEND COMPLAINT FOR NEGLIGENCE, STRICT PRODUCTS LIABILITY AND BREACH OF WARRANTY**<br> AND ORDER |

Plaintiffs ARLEEN KENYON and HARLAN KENYON ("Plaintiffs") and Defendant ELI LILLY AND COMPANY, through their counsel of record, file this Stipulation to Amend Plaintiffs' Complaint for Negligence, Strict Products Liability and Breach of Warranty.

On January 20, 2005 Plaintiffs filed a Complaint for Negligence, Strict Products Liability and Breach of Warranty. On May 4, 2006 Defendant Eli Lilly and Company filed an Answer to the Complaint.

Plaintiffs move to amend the original complaint to correct a typographical error in the spelling of Plaintiff's name. Defendant does not formally oppose the Amended Complaint to correct the typographical error.

WHEREFORE, the parties respectfully request that the Court grant the Stipulation to Amend Plaintiffs' Complaint for Negligence, Strict Products Liability and Breach of Warranty, and for all other relief to which they may be entitled.

Dated: _____          LEVIN SIMES KAISER & GORNICK LLP

                                By: _____
                                    Lawrence J. Gornick
                                    Emily Charley

                                Attorneys for Plaintiff

Dated: _____          REED SMITH LLP


                                By:_____
                                    James M. Wood
                                    Colleen T. Davies
                                    Nadia M. Bishop

                                Attorneys for Defendant
                                ELI LILLY AND COMPANY

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 6/5/2006

_____
The Honorable Martin J. Jenkins

1  Plaintiffs move to amend the original complaint to correct a typographical error in the spelling
2  of Plaintiff's name. Defendant does not formally oppose the Amended Complaint to correct the
3  typographical error.
4  WHEREFORE, the parties respectfully request that the Court grant the Stipulation to Amend
5  Plaintiffs' Complaint for Negligence, Strict Products Liability and Breach of Warranty, and for all
6  other relief to which they may be entitled.
7
8  Dated: _____                    LEVIN SIMES KAISER & GORNICK LLP
9
10
11                                         By:_____
                                               Lawrence J. Gornick
12                                             Emily Charley
13                                         Attorneys for Plaintiff
14
15 Dated: _____                    REED SMITH LLP
16
17
18                                         By:_____
                                               James M. Wood
19                                             Colleen T. Davies
                                               Nadia M. Bishop
20
21                                         Attorneys for Defendant
                                           ELI LILLY AND COMPANY
22
23                                         **ORDER**
24 PURSUANT TO STIPULATION, IT IS SO ORDERED
25 Dated: _____
26                                         _____
27                                         The Honorable Martin J. Jenkins
28

STIPULATION TO AMEND COMPLAINT   2