```
 1  James M. Wood (State Bar No. 58679)
    Colleen T. Davies (State Bar No. 111371)
 2  Nadia M. Bishop (State Bar No. 182995)
    REED SMITH LLP
 3  1999 Harrison Street, Suite 2400
    Oakland, CA 94612-3572
 4  Email: jmwood@reedsmith.com
           cdavies@reedsmith.com
 5         nbishop@reedsmith.com

 6  Mailing Address:
    P.O. Box 2084
 7  Oakland, CA 94604-2084

 8  Telephone:  510.763.2000
    Facsimile:  510.273.8832
 9  Attorneys for Defendant
    Eli Lilly and Company
10
```

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARLEEN KENYON AND HARLAN KENYON, | No.: C 05 5268 MJJ |
|---|---|
| Plaintiffs, | Before the Honorable Martin J. Jenkins |
| vs. | **JOINT STIPULATION REGARDING PLAINTIFFS' AMENDED COMPLAINT** |
| ELI LILLY AND COMPANY, | AND ORDER |
| Defendant. | |

— 1 —

DOCSOAK-9835865.1

JOINT STIPULATION REGARDING PLAINTIFFS' AMENDED COMPLAINT

Counsel for Plaintiffs and counsel for Eli Lilly and Company ("Lilly") stipulate that the only change made to the Amended Complaint filed by Plaintiffs in this action was to correct the spelling of the name of plaintiff Arleen Kenyon, erroneously named as "Arlene Kenyon." Other than this change, every other allegation, in every paragraph of the Amended Complaint, is identical to the allegations in every paragraph of the originally filed complaint.

Given this stipulation, Plaintiffs and Lilly agree that Lilly does not have to file an amended answer to Plaintiffs' Amended Complaint in this action.

DATED: June 30, 2006.

REED SMITH LLP

By _____
James M. Wood (SBN 58679)
Nadia M. Bishop (SBN 182995)
Attorneys for Defendant
Eli Lilly and Company

DATED: June 30, 2006.

LEVIN, SIMES, KAISER & GORNICK LLP

By _____
Lawrence J. Gornick
Emily Charley
Attorneys for Plaintiffs Arleen Kenyon and Harlan Kenyon

7/6/2006



IT IS SO ORDERED
Judge Martin J. Jenkins

– 2 –

JOINT STIPULATION REGARDING PLAINTIFFS' AMENDED COMPLAINT